STATE OF NEW JERSEY v. WALTER G. CAFFREY.

January 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY DOUGLAS, A/K/A LAWRENCE DOUGLAS.

January 13, 1986.

Petition for certification denied. (See 204 *N.J.Super.* 265)

STATE OF NEW JERSEY v. LEONIDES COTTO.

January 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN MICHAEL MARKS.

January 13, 1986.

Petition for certification denied. (See 201 *N.J.Super.* 514)